IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LEONET RUIZ,<br><br>          Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>          Defendant. | CIVIL ACTION NO. 4:17-CV-42-CDL |

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the Parties' Joint Motion to Approve Settlement Agreement ("Joint Motion"). The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the FLSA, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion, the Memorandum filed in support thereof, and the Settlement Agreement and General Release ("Settlement Agreement"). The Court finds that the Parties' Settlement Agreement reflects a fair and reasonable resolution of the above-captioned matter. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the Parties' Settlement Agreement.

3. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his or its own expenses and attorneys' fees except to the extent provided in the Settlement Agreement.

4. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreement.

DONE and ORDERED this 2nd day of October, 2017.

s/Clay D. Land
CLAY D. LAND, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

2