IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LEONET RUIZ, | * |
| Plaintiff, | * |
| v. | Case No. 4:17-cv-00042-CDL |
| | * |
| WAL-MART STORES INC , | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 2, 2017, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of October, 2017.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk